**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GIANG HUYNH, ) | No. CV 12-5181-R(CW) |
| ) | |
| Plaintiff, ) | ORDER ACCEPTING REPORT AND |
| ) | AND RECOMMENDATION OF |
| v. ) | UNITED STATES |
| ) | MAGISTRATE JUDGE |
| N. LIND, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the record and the Report and Recommendation of the United States Magistrate Judge. No written objections to the Report have been received. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered dismissing the action, without prejudice, for failure to prosecute and on grounds stated in the Memorandum and Order filed July 27, 2012 (docket no. 6).

DATED: Dec. 13, 2012

MANUEL L. REAL
United States District Judge