**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GIANG HUYNH, | ) | No. CV 12-5181-R(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| N. LIND, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: Dec. 13, 2012

_____
MANUEL L. REAL
United States District Judge